

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Richard Owen Taylor, Appellant | Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 12C0709-202). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. |
| No. 06-13-00061-CV v. | |
| Dawn Grounds, et al., Appellees | |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's dismissal of Taylor's claims against John Doe I and remand the cause to the trial court for further proceedings related to those claims. We affirm the trial court's dismissal of all other causes of action.

We note that the appellant, Richard Owen Taylor, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk